[No. 5153-1. Division One. November 9, 1977.]

*In the Matter of the Marriage of* THOMAS F. CROLEY, *Respondent, and* ELIZABETH A. CROLEY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. D-82327, Janice Niemi, J., entered October 29,

1038

1976. *Reversed* by unpublished opinion per Andersen, J., concurred in by Callow, J., Williams, J., dissenting.